Irving L. Berg
THE BERG LAW GROUP
145 Town Center, PMB 493
Corte Madera, CA 94925
(415) 924-0742
Facsimile (415) 891-8208
irvberg@comcast.net

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALDO SUELLEN | No. 12- CV 00750 EDL |
| Plaintiff(s), | ~~PROPOSED~~ ORDER REGARDING CASE MANAGEMENT CONFERENCE AND SCHEDULING ORDER |
| v. | |
| CREDITORS FINANCIAL GROUP LLC, | |
| Defendant(s). | |

GOOD CAUSE APPEARING, The Court makes the following Order:

The case management conference set for June 26, 2012 is continued to August 21, 2012 at 3:00 p.m.

A joint case management conference statement is due no later than August 14, 2012.

Dated: June 20, 2012

*Elijah D. Laporte*
UNITED STATES MAGISTRATE JUDGE