1 | Irving L. Berg
2 | THE BERG LAW GROUP
    | 145 Town Center, PMB 493
    | Corte Madera, CA 94925
3 | (415) 924-0742
    | Facsimile (415) 891-8208
4 | irvberg@comcast.net

5 | Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

RONALDO SUELLEN                              No. 12- CV 00750 EDL

             Plaintiff(s),                   ~~PROPOSED~~ ORDER REGARDING
                                             CASE MANAGEMENT CONFERENCE
        v.                                   AND SCHEDULING ORDER

CREDITORS FINANCIAL GROUP
LLC,

             Defendant(s).
_____/

   GOOD CAUSE APPEARING, The Court makes the following Order:

   The case management conference set for June 26, 2012 is continued to __August 21, 2012 at 3:00 p.m.__

A joint case management conference statement is due no later than __August 14__, 2012.

Dated: __June 20, 2012__                     _Elijah D. Laporte_
                                             UNITED STATES MAGISTRATE JUDGE